UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS BISHOP,

       Plaintiff,

                                              Case No.: 16-cv-11770
v.                                       Honorable Gershwin A. Drain

ENERCO GROUP, INC.,

       Defendant.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION (#23) AND DISMISSING ACTION

Presently before the Court is a Report and Recommendation issued by Magistrate Judge Patricia T. Morris, recommending that the Court dismiss this matter pursuant to Federal Rule of Civil Procedure 41(b), due to Plaintiff's failure to prosecute this matter and comply with this Court's orders. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C).

Upon review of the Magistrate Judge's December 8, 2016, Order and her Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Therefore, the Court hereby ACCEPTS and

ADOPTS Magistrate Judge Morris's Report and Recommendation [#23], dated January 6, 2017, as this Court's findings of fact and conclusions of law.

This cause of action is dismissed.

SO ORDERED.

Dated:  January 30, 2017                              /s/Gershwin A. Drain
                                                                       GERSHWIN A. DRAIN
                                                                       United States District Judge


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
January 30, 2017, by electronic and/or ordinary mail.
/s/ Tanya Bankston
Deputy Clerk